# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SHAD TURNER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:24-cv-02275 |
| § | |
| PHH MORTGAGE CORPORATION, § | |
| § | |
| Defendant. § | |
| § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Shad Turner ("Plaintiff") and Defendant PHH Mortgage Corporation ("Defendant") file this Joint Stipulation of Dismissal with Prejudice ("Stipulation"). Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted, or that could have been asserted, by Plaintiff against Defendant are hereby dismissed with prejudice. This Stipulation is meant to address all claims Plaintiff has brought against Defendant in this lawsuit.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant jointly request that the Court enter the attached Order of Dismissal with Prejudice dismissing all claims and causes of action asserted, or that could have been asserted, by Plaintiff against Defendant with prejudice. Plaintiff and Defendant additionally request that all taxable costs, expenses, and attorneys' fees be borne by the party incurring same.

Date: December 4, 2024.

Respectfully submitted,

/s/ *Taneska L. Jones*
**Robert T. Mowrey - Attorney in Charge**
Texas Bar No. 14607500
S.D. Texas Bar No. 9529
rmowrey@lockelord.com
**Matthew K. Hansen**
Texas Bar No. 24065368
S.D. Texas Bar No. 1046257
mkhansen@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2750
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**Taneska L. Jones**
Texas Bar No. 24106151
S.D. Texas Bar No. 3171280
taneska.jones@lockelord.com
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1563
Facsimile: (713) 229-2563

**COUNSEL FOR DEFENDANT**

**-AND-**

/s/ *Erick DeLaRue*
Erick DeLaRue
Law Office of Erick DeLaRue, PLLC
2800 Post Oak Boulevard, Suite 5600
Houston, Texas 77056
Telephone: (713) 899-6727
erick.delarue@delaruelaw.com

**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 4, 2024, a true and correct copy of the foregoing document was delivered to the following *via ECF* consistent with the Federal Rules of Civil Procedure:

Erick DeLaRue
Law Office of Erick DeLaRue, PLLC
2800 Post Oak Boulevard, Suite 5600
Houston, Texas 77056
Telephone: (713) 899-6727
erick.delarue@delaruelaw.com

*Attorney for Plaintiff*

*/s/ Taneska L. Jones*
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHAD TURNER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:24-cv-02275 |
| PHH MORTGAGE CORPORATION, | § § § | |
| Defendant. | § § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

On this date, came on consideration the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Shad Turner ("Plaintiff") and Defendant PHH Mortgage Corporation ("Defendant"). The Court has considered the Stipulation and finds that the Stipulation is well-taken and should be, and hereby is, **GRANTED**. It is therefore

**ORDERED** that all claims and defenses asserted, or that could have been asserted, by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**; it is further

**ORDERED** that all costs, expenses, and attorneys' fees are taxed against the party incurring same.

All other relief not expressly granted herein is **DENIED**.

This is a final judgment that resolves all claims asserted by and against all parties.

SIGNED on this ____ day of _____, 202__.

_____
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE